# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CAROLINE S. FAULKNER,

      Plaintiff,      :      Case No. 3:09-cv-250

                      District Judge Walter Herbert Rice
  -vs-                     Magistrate Judge Michael R. Merz

                     :

MONTGOMERY COUNTY
DEPARTMENT OF JOB AND FAMILY
SERVICES, et al.,

      Defendants.

## DISMISSAL ORDER

This case is before the Court on Plaintiff's Motion for Voluntary Dismissal (Doc. No. 6). Such a motion is to be considered under Fed. R. Civ. P. 41(a)(2). A motion for voluntary dismissal is within the authority of an assigned magistrate judge under 28 U.S.C. § 636(b)(1)(B), since § 636(b)(1)(A) excludes such authority only for involuntary dismissals.

The Motion to Dismiss is GRANTED and the Complaint herein dismissed without prejudice on condition that if any of the claims made in the Complaint are re-filed, the Plaintiff combine in one case only those claims that are properly related to one another.

July 21, 2009.

                                                        s/ **Michael R. Merz**

                                                          United States Magistrate Judge